IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**RAY A. GILMORE**        *

    **Plaintiff,**        *

    v.        *      Case No.: 20-cv-3506-RDB

**FIRE AND POLICE EMPLOYEES'**
**RETIREMENT SYSTEM OF F&P**
**OF BALTIMORE**
       *

    **Defendant.**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL

Plaintiff Ray A. Gilmore and Defendant Baltimore City Fire and Police Employees' Retirement Systems ("F&PERS"), having reached agreement on the terms of settlement, hereby voluntarily agree to dismiss the Amended Complaint, and move this Honorable Court to enter an ORDER dismissing all claims against the F&PERS, with prejudice.

Dated this 16th of May, 2022                            Respectfully submitted,

_____/s/_____             _____/s/_____
Ray Augusta Gilmore                                Gary Gilkey
1352 Deanwood Road                               Baltimore City Law Depart
Parkville, Maryland 21234                        100 City Hall
(Plaintiff)                                                      Baltimore, Maryland 21202
                                                                         (410) 396-3960
                                                                         Counsel for F&PERS)